# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1594
_____

C.A.,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Department of Children and Families.
Casey Penn, Chief of Staff.

February 2, 2026

PER CURIAM.

    DISMISSED.

LEWIS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

C.A., pro se, Appellant.

Jennifer L. Ware, Assistant General Counsel, Jacksonville, for Appellee; Logan Bartholomew, Assistant Regional Counsel, Orlando, for Appellee.